FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 09 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BOBBIE RANDLE                                                                    PLAINTIFF

vs.                              CASE NO. 4:18-cv-452  BRW

JAMES SMITH, Individually; and, in his Official
Capacity as Chief of Police for the City of Helena/West
Helena; WESLEY SMITH, Individually, and in his
Official Capacity as a Detective in the Helena/West
Helena Police Department; CYNTHIA GAMBLE,
Individually, and in her Official Capacity as a Police
Officer in the Helena/West Helena Police Department;
and the City of Helena/West Helena, Arkansas

                                                                                DEFENDANTS

### COMPLAINT

Comes the Plaintiff, by and through counsel, and for this complaint, she states:

### PARTIES AND JURISDICTION

1.      Plaintiff is a resident and citizen of Phillips County, Arkansas, who was arrested by the Defendants on July 11, 2017.

2.      The individual Defendants are sued in their individual and official capacities as law enforcement officers working for the City of Helena/West Helena, a public entity authorized and existing under the laws of the State of Arkansas.  This is in action to address deprivation of Plaintiff's Constitutional rights allowed her under 42 USC 1993; State of Law claims under the Arkansas Civil Rights Act of 1993; common law false imprisonment; malicious prosecution; and abuse of process.   Accordingly, this Court has Federal question and subject matter jurisdiction under 28 USC 1331, as well as supplemental jurisdiction over Plaintiff's State claims under 28 USC 1367.  Since the acts giving rise to this action arose in this Court's district, venue is proper under 28 USC 1391(B).  All actions were under color of law.

This case assigned to District Judge_____
and to Magistrate Judge_____

## GENERAL ALLEGATIONS OF FACT

3. Plaintiff is an outspoken resident of Phillips County who has appeared on television and criticized police operations in the City of Helena/West Helena as being corrupt.

4. As an example, the City of Helena/West Helena was the subject of Delta Blues, which resulted in the conviction of City of Helena/West Helena police officers.

5. Shortly after Plaintiff appeared on television, one or more Defendants started making hostile comments to Plaintiff about keeping her mouth shut or she would pay. All Defendants ratified these comments and did nothing to stop them, thereby failing to intervene. This was an attempt to chill the exercise of Plaintiff's First Amendment rights and continues to this day.

6. Plaintiff continued to criticize the Helena/West Helena Police Department, and one or more Defendants started subjecting Plaintiff to undue scrutiny. Again, all Defendants ratified these comments and did nothing to stop them, thereby failing to intervene.

7. Eventually, as Plaintiff continued to exercise her First Amendment rights to criticize the Helena/West Helena Police Department, a department with a history of corruption, one or more Defendants continued to ramp up their efforts until they arrested her on July 11, 2017 for false reasons. Plaintiff had done nothing wrong.

8. Defendants brought these charges against the Plaintiff in an attempt to chill the exercise of Plaintiff's First Amendment rights under the United States Constitution and her right to remonstrate under the Arkansas Constitution.

9. Plaintiff had done nothing wrong; and, there was no probable cause to arrest her. So, Defendants also violated Plaintiff's Fourth Amendment rights to be free from unreasonable arrest procedure without probable cause.

10. Indeed, Detective Wesley Smith, in concert with the other Defendants, swore out a materially false warrant in bad faith.

11. Nonetheless, Plaintiff was arrested and held in jail for several days, causing her to lose her job and experience severe mental and emotional distress.

12. The charges were dismissed; and, Plaintiff was released from bail, even though she had to pay thousands of dollars in bail money.

13. Defendants continue to indicate their willingness to retaliate against the Plaintiff should she continue exercising her First Amendment rights.

## COUNT ONE

14. Plaintiff re-alleges the foregoing as if fully set out herein.

15. Plaintiff had a clearly established right to express her opinion on the City of Helena/West Helena Police Department under the First Amendment and the Arkansas Constitution.

16. Defendants violated this clearly established right by arresting Plaintiff in an attempt to chill the exercise of Plaintiff's First Amendment rights and her right to remonstrate under the Arkansas Constitution.

17. The City of Helena/West Helena either had a policy or a custom that would allow them these types of arrests to occur, or they failed to train the individual officers, thereby leading to the deprivation of the Plaintiff's State and Federal constitutional rights.

18. As a direct and approximate cause of Defendants' actions as alleged herein, Plaintiff has suffered severe mental and emotional distress, lost wages and incurred other expenses in an amount to be proven at trial.

3

19. The individual Defendants' actions have been so egregious so as to warrant the position of punitive damages them in their individual capacity.

## COUNT TWO

20. Plaintiff re-alleges the foregoing as if fully set out herein.

21. By virtue of the facts alleged herein, Plaintiff had a clearly established right to be free from arrest without probable cause and to be subject only to reasonable searches and seizures under both Federal and State Constitutions.

22. Defendants violated this right, as well as maliciously instituting process without probable cause and instituting the process for an improper purpose, which is an abuse of process.

23. Plaintiff was also falsely imprisoned; and, therefore, a victim of a felony, as contemplated by ACA 16-118-103. So, all Defendants are sued under the common law, as well as violation of the Arkansas Felony Tort Act, as specifically alleged above. Each aided and abetted the other in the commission of felonies described above

24. The individuals took this action because the City of Helena/West Helena approved this action through its Police Chief who failed to train the City of Helena/West Helena.

25. As a direct and approximate cause of Defendants' actions as alleged herein, Plaintiff has suffered severe mental and emotional distress, lost wages, spent time in jail and incurred other debt and other expenses in an amount to be proven at trial.

26. The individual Defendants' actions have been so egregious so as to warrant the position of punitive damages against them in their individual capacity.

4

**WHEREFORE**, Plaintiff prays for appropriate compensatory and punitive damages exceeding One hundred thousand and 00/100 dollars ($100,000.00), for reasonable attorney fees, for costs, for declaratory judgment that the Defendants have violated Plaintiff's State and Federal constitutional rights, for an injunction requiring the city to train its police officers, for trial by jury and for all the proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
Post Office Box 2012
Benton, AR 72018
501-315-1910  Office
501-315-1916  Facsimile
Attorney for the Plaintiff

By:     /s/ Luther Oneal Sutter
        Luther Oneal Sutter, AR Bar No. 95031
        luthersutter.law@gmail.com

5