**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BOBBIE RANDLE**                                                                                                **PLAINTIFF**

v.                                          Case No. 4:18-cv-00452-KGB

**JAMES SMITH,** *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Bobbie Randle's claims under 42 U.S.C. § 1983 and the Arkansas Civil Rights Act of 1993, Arkansas Code Annotated §§ 16-123-101 *et seq.* ("ACRA"), alleging deprivation of her Fourth and First Amendment rights against defendants James Smith, Wesley Smith, and Cynthia Gamble in their official capacities and the City of Helena-West Helena, Arkansas, are dismissed without prejudice. The Court dismisses with prejudice Ms. Randle's claims alleging deprivation of her Fourth and First Amendment rights against defendants James Smith, Wesley Smith, and Cynthia Gamble in their individual capacities under §1983 and the ACRA to extent those rights under Arkansas law equate to those rights under federal law. The relief sought is denied. The Court declines to exercise supplemental jurisdiction over Ms. Randle's remaining state law claims.

So adjudged this 24th day of September, 2021.

_____
Kristine G. Baker
United States District Judge